UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ARNO ABRAMIAN,<br><br>Plaintiff. | Case No. 25-cv-07631-RFL (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING THE ACTION** |

Arno Abramian filed a letter, which was construed as initiating a federal habeas action. (Dkt. No. 1.)  In response, the Clerk sent him Notices to file a petition on the Court's form and to either pay the filing fee or file an application to proceed in forma pauperis.  (Dkt. Nos. 2 and 3.) Abramian has since filed a request to dismiss in which he states that he did not intend to initiate a federal action.  (Dkt. No. 4.)

Because this action was opened in error, the Clerk shall administratively close the action. No filing fee is due.

**IT IS SO ORDERED.**

**Dated:**  October 16, 2025

_____
RITA F. LIN
United States District Judge